KYLE J. KAISER (13924)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: kkaiser@agutah.gov

*Attorneys for Defendants Sidney Roberts and Wayne Holman*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AARON DAVID TRENT NEEDHAM,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY ROBERTS and WAYNE HOLMAN,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS 1-4 TO DEFENDANT ROBERTS' *MARTINEZ* REPORT UNDER SEAL**<br><br>Case No. 2:15-cv-00250-CW<br><br>Judge Clark Waddoups |

Pursuant to DUCivR 5-2(b)(7) and for the reasons stated in Defendant Roberts' Motion for Leave to File Exhibits 1-4 to his *Martinez* Report under seal, it is hereby ORDERED that Defendant Roberts' Motion is **GRANTED.**

Defendant Roberts may file Exhibits 1-4, which include, Utah Department of Correction ("DOC") records, including Plaintiff's Medical Records and Grievance History, and the declarations of Dr. Sidney Roberts and Dr. Jamal Horani, under seal, without first filing redacted copies, as part of his *Martinez* report.

DATED this 7th day of November, 2018.

BY THE COURT:

_____
HON. CLARK WADDOUPS
United States District Court