Register 182 4150 Copy 1/4

UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT

2019 JAN -7 P 2: 03

DISTRICT OF UTAH

BY:
DEPUTY CLERK

Aaron P.T. Needham

petitioner

vs

State of Utah et al

Case No: 2:15-cv-288

Extension due to

Health

Honorable Judge Clark Waddoups

I, Aaron Needham petitioner pro se request an extension to complete filings and discovery request for good cause.

Petitioner is headed back to University of Utah Medical Center, undetermine time.

Request for 60 days to 90 days to file Amended Brief and Responses to clear out medical issue

I Envoke prison mail box rule 28 U.SC. § 1746

Certificate of Service

I hereby verify a true and correct copy was
sent of Medical Extension.

by prepaid mail to.

Kyle Kaiser.
Asst. Atty General
160 East 300 South
P.O.Box 140854
SLC UT 84114

Inmate Name _Roy Taylor_

Inmate Offender Number _14131_
Inmate Housing _U-S-A-11_
Utah State Prison
P. O. Box 250
Draper, Utah 84020-0250



FOREVER USA

SALT LAKE CITY UT 840

04 JAN 2019 PN2 L

United States District Court
351 South West Tabernacle
SLC UT 84101

Privileged Legal Mail

84101x1308 0002