# NAOMIA M. BELL, M.ED., M.C., LCMHC
## 1878 EAST 4650 SOUTH
## SALT LAKE CITY, UT  84117
### CELL:  801 554 1943

RECEIVED CLERK
MAR 25 2019
U.S. DISTRICT COURT

March 20, 2019

United States District Court
351 South West Temple
Salt Lake City, UT 84101

CASE #:  2:15-cv-250
Inmate #:  211547


I am the mother of Aaron David Trent Needham, an inmate at the Draper State Prison.  The was to forward papers to the United States District Court by 03/21/19.

Aaron was admitted to University of Utah Medical Center ten days ago, 03/11/19.  He was admitted to the hospital when his organs started shutting down due to Coccidioidomycosis.  He was released last night.  He is confined on medical lockdown in the prison infirmary for the next six weeks on IV medications for eight hours daily.  He has limited mail, no access to legal material or to the courts.  He is unable to have access to any of his documentation to prepare court documents.

Aaron is requesting an extension to respond be granted since he is on lockdown.  You will be able to respond to his request at the prison infirmary.  I appreciate your consideration on this matter.

Respectfully,

*Naomia M. Bell*

Naomia M. Bell

Naomia Bell
1878 E. 4650 So.
SLC, UT 84117

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7017 1070 0000 0541 6344




U.S. POSTAGE PAID
FCM LETTER
SALT LAKE CITY, UT
84117
MAR 21, 19
AMOUNT
**$6.85**
R2304H108055-08

United States District Court
351 So. West Temple
SLC, UT 84101

84101-190899