UNITED STATES DISTRICT COURT

FILED
US DISTRICT COURT
2020 MAR -9 P 2:28
DISTRICT OF UTAH
BY:
DEPUTY CLERK

Aaron Needham

vs

State of Utah et al

Case No 2:15-CV-250

Supplement for 60b motion on level III grievance for hip replacement

Judge Clark Waddoups

Petitioner pro se, Aaron Needham had Tele med conference with Dr. Rockwell of University of Utah and Jared of Clinical Services of Draper.

The Elbum levels (protein levels) are still to low for surgery but my Hemoglobin levels are starting to normalize.

I Envoke prison mail box rule 28 U.S.C § 1746

3-1-2020

[signature]

Certificate of Service

I hereby verify a true and correct copy of Supplement was sent by prepaid maid to

Attorney General
160 East 300 South
P.O Box 140854
SLC UT. 84114

Grievance level III supplement

On January 28, 2020 my elbum (protein levels) were still to low for any surgery. The colonoscopy bag, flap surgery or hip replacement.

But my Hemoglobin levels are on the rise at level 8. I don't know how good that is but Dr. Rockwell was excited about one # and disappointed to the other.

Rockwell still claims he wont do a surgery till two months after I heal or my elbum levels are over 20.

I reminded Rockwell that I am healing without the colonoscopy bag just as my pareanal and rectum healed, so I am peushiny for the flap or hip or both. But Rockwell reminded me of my low protein levels that cause slow healing.

So I wait.

2-1-2020

Naomia Bell
1878 E 4650 S.
SLC UT 84117

U.S. District Court
351 South West Temple
Judge Waddoups Chambers
Salt Lake City, UT
84101

