Aaron D.T. Needham
7072 W. Oromia View Dr
West Valley, UT 84128
385-347-1865 - Aaron Needham
630-200-4232 - Joe Bell

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

NOV 9 2020

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT OF UTAH

| | |
|---|---|
| Aaron D.T. Needham | ) **Case No: 2:15-cv-250** |
| | ) |
| v. | )   Motion for Continuance |
| | ) |
| State of Utah, et. al. | ) |
| | ) |
| | )   Honorable Clark Waddoups |

   Petitioner pro se, Aaron D.T. Needham, motions for a continuance in this case due to the pace of case no. 190500589, which is reviewing Petitioner's writ of habeas corpus submitted to the trial court.

   The case is continuing to move forward.  It is the ruling in this case that will effect the substantial rights of petitioner and also the final decision in this court.

**Relief**

   Petitioner seeks a motion for continuance to allow the trial court to continue their investigation.

November 6, 2020                                                                                  Aaron D.T. Needham

## Certificate of Service

I HEREBY VERIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION FOR A CONTINUANCE WAS EMAILED TO:

ATTORNEY GENERAL OFFICE
160 EAST 300 SOUTH
P.O BOX 140854
SALT LAKE CITY, UT 84114