IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AARON DAVID TRENT NEEDHAM, <br><br> Plaintiff, <br><br> v. <br><br> SIDNEY ROBERTS, et al., <br><br> Defendant. | ORDER <br><br> Case No. 2:15-cv-250 <br><br> Judge Clark Waddoups |

Before the court are motions filed by Plaintiff Aaron David Trent Needham that seek to continue this matter. (ECF Nos. 146, 148). By Order entered October 4, 2019, Mr. Needham's claims were dismissed with prejudice, and this matter was closed. (ECF No. 125; *see also* ECF No. 126). Mr. Needham appealed the dismissal of his claims, and the Tenth Circuit dismissed his appeal on or about January 22, 2020. (ECF No. 132). By Order entered September 29, 2020, the court denied Mr. Needham's post-judgment motions and explained that if Mr. Needham wanted to pursue new claims, he would need to file a "new civil-rights complaint, if desired." (ECF No. 144). Because this matter has been **FULLY RESOLVED AND CLOSED** for over a year, Mr. Needham's motions to continue the same (ECF Nos. 146, 148) are **DENIED AS MOOT**. The Court **WILL NOT ACCEPT** any other filings from Mr. Needham in this matter.

DATED this 12th day of April, 2021.

BY THE COURT:

_____
Clark Waddoups
United States District Judge